```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE MIDDLE DISTRICT OF GEORGIA
                              COLUMBUS DIVISION

WANDA ROGERS,                        *

      Plaintiff,                     *

vs.                                  *
                                              CASE NO. 4:20-CV-61 (CDL)
WALGREEN CO., JOHN DOE, and          *
CASEY DOE,
                                     *
      Defendants.
                                     *
```

O R D E R

Plaintiff filed this action against Walgreen Co. and two Doe Defendants in the State Court of Muscogee County. Walgreen Co. removed the action to this Court, asserting that diversity jurisdiction is proper under 28 U.S.C. § 1332. During written discovery, the parties learned that the John Doe identified in Plaintiff's Complaint is Daniel Kim, a Georgia resident. The parties also learned that the Casey Doe identified in Plaintiff's Complaint is Andy Holland, whose last known address was in Muscogee County, Georgia. Plaintiff filed a motion to substitute Daniel Kim for John Doe and Andy Holland for Casey Doe, and Walgreen Co. does not oppose that motion. Accordingly, the Court grants Plaintiff's motion to substitute.

The parties agree that following the substitution, diversity jurisdiction does not exist under 28 U.S.C. § 1332. Accordingly, they ask that the action be remanded to the State

Court of Muscogee County. That motion (ECF No. 9) is granted, and this action is hereby remanded to the State Court of Muscogee County.

    IT IS SO ORDERED, this 15th day of July, 2020.

                                      S/Clay D. Land
                                      CLAY D. LAND
                                      U.S. DISTRICT COURT JUDGE
                                      MIDDLE DISTRICT OF GEORGIA