IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| WANDA ROGERS, | * |
| Plaintiff, | * |
| v. | Case No. 4:20-cv-61 (CDL) |
| WALGREEN CO., *et al.*, | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to this Court's Order dated July 15, 2020, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Muscogee County, Georgia.

This 15th day of July 2020.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk